

October 20, 2025

Via ECF

Hon. Judge John G. Koeltl, U.S.D.J.
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    USA vs. Servando Gomez-Martinez, 09-cr-941

Dear Judge Koeltl:

On August 13, 2025 I was appointed to represent Servando Gomez-Martinez at his initial appearance and advised that there was an October 23, 2025 status conference before Your Honor. The remaining co-defendant, Jesus Mendez-Vargas is represented by appointed counsel Lorraine Gauli-Rufo, Esq.

With the consent of the Government and Ms. Gauli-Rufo I am respectfully requesting that the status conference be adjourned to one of the following dates: Monday, December 8, Tuesday, December 9, Thursday, December 11 (morning) or Friday, December 12. I am starting a multi-defendant three-week trial in the District of New Jersey on November 4th and on October 23, 2025 I must appear for oral arguments on pretrial motions.

Both the defendant consent to exclusion of time under the Speedy Trial Act. The granting of the requested adjournment would allow for a much more meaningful status conference and would be much appreciated by me.

        Respectfully yours,

        */s/Thomas Ambrosio*
        Thomas Ambrosio

---

750 Valley Brook Avenue ∞ Lyndhurst ∞ New Jersey 07071 ∞ 201.935.3005 ∞ 201.935.7667 ∞ fax

tambrosio@legal750.com

cc: All Counsel of record (via ECF and email)
    Servando Gomez-Martez (via regular mail)

_____
750 Valley Brook Avenue ∞ Lyndhurst ∞ New Jersey 07071 ∞ 201.935.3005 ∞ 201.935.7667 ∞ fax
tambrosio@legal750.com