

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 4, 2025

**By ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Gomez-Martinez and Mendez-Vargas*, 09 Cr. 941 (JGK)

Dear Judge Koeltl:

      The Government writes with the consent of both defendants to request a 90-day adjournment of the conference scheduled for Tuesday, December 9, 2025, and the exclusion of time between December 9 and any new conference date, pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendants in a speedy trial.

      Respectfully submitted,

      JAY CLAYTON
      United States Attorney for the
      Southern District of New York

      by:   /s/
      Henry L. Ross
      Kyle A. Wirshba
      Assistant United States Attorneys
      (212) 637-2442 / -2493

Cc: Thomas Ambrosio, Esq. (by ECF)
    Ruben Oliva, Esq. (by ECF)