UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - against -

SERVANDO GOMEZ-MARTINEZ,

               Defendants.

09-cr-0941 (JGK)

SPEEDY TRIAL ORDER

JOHN G. KOELTL, District Judge:

The next conference is adjourned to **June 24, 2026, at 11:30 a.m.**

With the consent of the parties and in light of the new conference date, the Court prospectively excludes the time from **March 17, 2026** through **June 24, 2026,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:    New York, New York
         March 17, 2026

                                     John G. Koeltl
                         United States District Judge