

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 22, 2026

**By ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

>    **Re:**    ***United States v. Gomez-Martinez and Mendez-Vargas*, 09 Cr. 941 (JGK)**

Dear Judge Koeltl:

The Government writes with the consent of both defendants to request a 60-day adjournment of the conference scheduled for June 24, 2026, and the exclusion of time between June 24 and any new conference date, pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).  The Government submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendants in a speedy trial.

>    Respectfully submitted,
>
>    JAY CLAYTON
>    United States Attorney for the
>    Southern District of New York
>
>
>    by:    \_\_\_\_\_/s/_____
>    Henry L. Ross
>    Assistant United States Attorney
>    (212) 637-2442

Cc: Thomas Ambrosio, Esq. (by ECF)
    Ruben Oliva, Esq. (by ECF)