UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA

                                                            09 cr 941 (JGK)

       -against-

                                                    **SPEEDY TRIAL ORDER**

SERVANDO GOMEZ-MARTINEZ and
JESUS MENDEZ-VARGAS,
                                    Defendants.
-----------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Wednesday, September 16, 2026, at 11:00am,** before the Honorable John G. Koeltl.  The conference scheduled for June 24, 2026, is canceled.

The Court prospectively excludes the time from today until **September 16, 2026** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                    _____
                                    **JOHN G. KOELTL**
                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      June 23, 2026