UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

09 cr 941 (JGK)

-against-

**SPEEDY TRIAL ORDER**

SERVANDO GOMEZ-MARTINEZ
and JESUS MENDEZ-VARGAS,
Defendant.
-------------------------------------------------------------X
**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Wednesday, November 18, 2026, at 12:00pm,** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **November 18, 2026** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
September 15, 2026